**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)     Case Number **09–73330–SCS**

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on August 12, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lawrence Alexander DeMonico
4742 Teal Duck Ct
Virginia Beach, VA 23462

| | |
|---|---|
| Case Number: 09–73330–SCS<br>Office Code: 2 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–8373 |
| Attorney for Debtor(s) (name and address):<br>John M. Ryan Jr.<br>Crowley, Liberatore, & Ryan, P.C.<br>1435 Crossways Boulevard, Suite 300<br>Chesapeake, VA 23320<br>Telephone number: 757–333–4500 | Bankruptcy Trustee (name and address):<br>Charles L. Marcus<br>Crown Center, Suite 300<br>580 East Main Street<br>Norfolk, VA 23510<br>Telephone number: 757–622–9005 |

### Meeting of Creditors:
Date: **September 10, 2009**      Time: **11:00 AM**
Location: **Office of the U.S. Trustee, 200 Granby Street, Room 120, Norfolk, VA 23510**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
**November 9, 2009**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>600 Granby St., Room 400<br>Norfolk, VA 23510 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
| **VCIS 24–hour case information:**<br>Toll Free 1–800–326–5879 | Date: August 13, 2009 |

| **EXPLANATIONS** | | **B9A (Official Form 9A) (12/07)** |
|---|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. | |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. | |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. | |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. | |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Norfolk. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Norfolk. See address on front side of this notice. | |

– – Refer to Other Side for Important Deadlines and Notices – –

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.

**PHOTOCOPIES:** May be obtained by contacting Creative Assistant at (757) 624−9990 or by fax at (757) 624−9998.

**PAYMENT OF FEES FOR NEWPORT NEWS CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:**

**Newport News:** non−debtor's check, money order, cashier's check or any authorized non−debtor's credit card; for security reasons, no cash accepted at Newport News location.

**Norfolk:** same as above; however cash is accepted.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

# CERTIFICATE OF NOTICE

```
District/off: 0422-8          User: davism              Page 1 of 1                  Date Rcvd: Aug 13, 2009
Case: 09-73330                Form ID: B9A              Total Noticed: 29

The following entities were noticed by first class mail on Aug 15, 2009.
 db           +Lawrence Alexander DeMonico,    4742 Teal Duck Ct,    Virginia Beach, VA 23462-5106
 aty          +John M. Ryan, Jr.,    Crowley, Liberatore, & Ryan, P.C.,    1435 Crossways Boulevard, Suite 300,
                Chesapeake, VA 23320-2896
 tr           +Charles L. Marcus,    Crown Center, Suite 300,    580 East Main Street,    Norfolk, VA 23510-2306
 9109869      +American Home Mortgage Servicing Inc,    P.O. Box 949,    Orange, CA 92856-6949
 9109870       Bank of America,    PO Box 15184,    Wilmington, DE 19850-5184
 9109871      +Bank of the Commonwealth,    PO Box 1177,    Norfolk, VA 23501-1177
 9109872      +Bristow Village Homeowners Association,    10692 Crestwood Dr.,    Manassas, VA 20109-4410
 9109876      +Citi,    701 East 60th St. N,    Sioux Falls, SD 57104-0493
 9109875      +Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
 9109877      +City of Norfolk, Virginia,    PO Box 3215,    Norfolk, VA 23514-3215
 9109878      +Clear Channel Broadcasting,    5567 Collection Center Drive,    Chicago, IL 60693-0055
 9109879      +Clear Channel Broadcasting,    5567 Collection Center Dr.,    Chicago, IL 60693-0055
 9109880       Cox Business,    225 Clearfield Ave,    Chesapeake, VA 23320-0000
 9109881      +Cox Business,    225 Clearfield Ave.,    Virginia Beach, VA 23462-1815
 9109882      +Credit Restoration Bureau,    One Columbus Center,    Suite 600,    Virginia Beach, VA 23462-6760
 9109885      +EMC Mortgage Corporation,    PO Box 141358,    Irving, TX 75014-1358
 9109887      +Huff, Poole & Mahoney,    4705 Columbus Street,    Virginia Beach, VA 23462-6798
 9109888      +Huff, Poole, and Mahoney P.C.,    4705 Columbus St.,    Virginia Beach, VA 23462-6798
 9109889       Marlin Business Services Corp,    PO Box 13604,    Philidelphia, PA 19101-3604
 9109890       Marlin Business Services Corp.,    PO Box 13604,    Philadelphia, PA 19101-3604
 9109891       Navy Federal Credit Union,    1 Security Place,    Merrifield, VA 22116-0000
 9109894      +Sinclair Communications,    999 Waterside Drive., Ste 500,    Norfolk, VA 23510-3300

The following entities were noticed by electronic transmission on Aug 14, 2009.
 9109870       EDI: BANKAMER2.COM Aug 14 2009 05:38:00     Bank of America,    PO Box 15184,
                Wilmington, DE 19850-5184
 9109873      +EDI: CAPITALONE.COM Aug 14 2009 05:38:00     Capital One,    11013 West Broad St.,
                Glen Allen, VA 23060-5937
 9109874      +EDI: CHASE.COM Aug 14 2009 05:44:00     Chase,    Bank One Card Serv 800 Brooksedge Blvd.,
                Westerville, OH 43081-2822
 9109876      +EDI: CITICORP.COM Aug 14 2009 05:38:00     Citi,    701 East 60th St. N,
                Sioux Falls, SD 57104-0493
 9109875       EDI: CITICORP.COM Aug 14 2009 05:38:00     Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
 9109884       EDI: DISCOVER.COM Aug 14 2009 05:44:00     Discover,    PO Box 15316,    Wilmington, DE 19850-0000
 9109883       EDI: RCSDELL.COM Aug 14 2009 05:43:00     Dell Financial Services,    PO Box 81577,
                Austin, TX 78708-1577
 9109886      +EDI: HFC.COM Aug 14 2009 05:38:00     HSBC,    PO Box 19360,    Portland, OR 97280-0360
 9109892       E-mail/Text: litigation@neclease.com                            NEC Financial Services,
                1 Park 80 Plaza West,    3rd Floor,    Saddle Brook, NJ 07663-5808
 9109896      +EDI: USAA.COM Aug 14 2009 05:43:00     USAA,    PO Box 47504,    San Antonio, TX 78265-7504
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 9109893*     +NEC Financial Services,    1 Park 80 Plaza West, 3rd Floor,    Saddle Brook, NJ 07663-5808
 9109895*     +Sinclair Communications,    999 Waterside Dr. Suite 500,    Norfolk, VA 23510-3300
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2009**                    **Signature:**           *Joseph Speetjens*