B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
### Eastern District of Virginia
600 Granby St., Room 400
Norfolk, VA 23510

**Case Number**   09–73330–SCS
**Chapter**   7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Lawrence Alexander DeMonico
4742 Teal Duck Ct
Virginia Beach, VA 23462

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s).,(if any):
Debtor: xxx–xx–8373

Employer Tax–Identification (EIN) No(s).(if any):
Debtor:  NA

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated:  November 16, 2009                    William C. Redden, CLERK

### SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

District/off: 0422-8          User: admin                Page 1 of 1          Date Rcvd: Nov 16, 2009
Case: 09-73330               Form ID: B18               Total Noticed: 29

The following entities were noticed by first class mail on Nov 18, 2009.
```
db           +Lawrence Alexander DeMonico,     4742 Teal Duck Ct,   Virginia Beach, VA 23462-5106
cr           +USAA,    P .O .Box 829009,    Dallas, Tx 75382-9009
9109869      +American Home Mortgage Servicing Inc,    P.O. Box 949,    Orange, CA 92856-6949
9109870       Bank of America,    PO Box 15184,   Wilmington, DE 19850-5184
9109871      +Bank of the Commonwealth,    PO Box 1177,    Norfolk, VA 23501-1177
9109872      +Bristow Village Homeowners Association,    10692 Crestwood Dr.,   Manassas, VA 20109-4410
9109876      +Citi,    701 East 60th St. N,    Sioux Falls, SD 57104-0493
9109875      +Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
9109877      +City of Norfolk, Virginia,    PO Box 3215,    Norfolk, VA 23514-3215
9109878      +Clear Channel Broacasting,    5567 Collection Center Drive,   Chicago, IL 60693-0055
9109879      +Clear Channel Broadcasting,    5567 Collection Center Dr.,   Chicago, IL 60693-0055
9109880       Cox Business,    225 Clearfield Ave,   Chesapeake, VA 23320-0000
9109881      +Cox Business,    225 Clearfield Ave.,   Virginia Beach, VA 23462-1815
9109882      +Credit Restoration Bureau,    One Columbus Center,    Suite 600,   Virginia Beach, VA 23462-6760
9109885      +EMC Mortgage Corporation,    PO Box 141358,   Irving, TX 75014-1358
9109887      +Huff, Poole & Mahoney,    4705 Columbus Street,    Virginia Beach, VA 23462-6798
9109888      +Huff, Poole, and Mahoney P.C.,    4705 Columbus St.,   Virginia Beach, VA 23462-6798
9109889       Marlin Business Services Corp,    PO Box 13604,   Philidelphia, PA 19101-3604
9109890       Marlin Business Services Corp.,    PO Box 13604,   Philadelphia, PA 19101-3604
9109891       Navy Federal Credit Union,    1 Security Place,   Merrifield, VA 22116-0000
9109894      +Sinclair Communications,    999 Waterside Drive., Ste 500,   Norfolk, VA 23510-3300
9157373      +USAA,    POST OFFICE BOX 829009,    DALLAS, TEXAS 75382-9009
```

The following entities were noticed by electronic transmission on Nov 16, 2009.
```
9109870       EDI: BANKAMER2.COM Nov 16 2009 20:48:00     Bank of America,   PO Box 15184,
              Wilmington, DE 19850-5184
9109873      +EDI: CAPITALONE.COM Nov 16 2009 20:48:00     Capital One,    11013 West Broad St.,
              Glen Allen, VA 23060-5937
9109874      +EDI: CHASE.COM Nov 16 2009 20:53:00     Chase,    Bank One Card Serv 800 Brooksedge Blvd.,
              Westerville, OH 43081-2822
9109876      +EDI: CITICORP.COM Nov 16 2009 20:48:00     Citi,   701 East 60th St. N,
              Sioux Falls, SD 57104-0493
9109875      +EDI: CITICORP.COM Nov 16 2009 20:48:00     Citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
9109884       EDI: DISCOVER.COM Nov 16 2009 20:48:00     Discover,   PO Box 15316,   Wilmington, DE 19850-0000
9109883       EDI: RCSDELL.COM Nov 16 2009 20:53:00     Dell Financial Services,   PO Box 81577,
              Austin, TX 78708-1577
9109886      +EDI: HFC.COM Nov 16 2009 20:48:00     HSBC,   PO Box 19360,   Portland, OR 97280-0360
9109892      +E-mail/Text: litigation@neclease.com             NEC Financial Services,
              1 Park 80 Plaza West,   3rd Floor,   Saddle Brook, NJ 07663-5808
9109896      +EDI: USAA.COM Nov 16 2009 20:48:00     USAA,   PO Box 47504,   San Antonio, TX 78265-7504
                                                                               TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9109893*     +NEC Financial Services,    1 Park 80 Plaza West, 3rd Floor,   Saddle Brook, NJ 07663-5808
9109895*     +Sinclair Communications,    999 Waterside Dr. Suite 500,   Norfolk, VA 23510-3300
                                                                            TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2009**                          **Signature:** *Joseph Speetjens*