**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

In re:

LAWRENCE ALEXANDER DEMONICO            Case No. 09-73330-SCS

                                                             Chapter 7
        Debtor

## NOTICE OF CREDITORS' CHANGE OF ADDRESS

Please be advised that effective <u>November 30, 2009</u> the following Creditors addresses are changed as follows:

| **Creditor's Former Mailing Address was:** | | **Creditor's new mailing address is:** | |
|---|---|---|---|
| Name: | Cox Business | Name: | Cox Business Services |
| Street: | 225 Clearfield Ave. | Street: | 225 Clearfield Ave. |
| City, State, Zip: | Chesapeake, VA 23320-0000 | City, State, Zip: | Virginia Beach, VA 23462 |
| | | | |
| Name: | Credit Resolution Bureau | Name: | Credit Resolution Bureau |
| Street: | One Columbus Center Suite 600 | Street: | 4705 Columbus St. Suite 303 |
| City, State, Zip: | Virginia Beach, VA 23462-6760 | City, State, Zip: | Virginia Beach, VA 23452-7762 |

Date: <u>November 30, 2009</u>                              <u>/s/ John M. Ryan, Jr.</u>

John M. Ryan, Jr., Esq., VSB# 37796
Crowley, Liberatore & Ryan, PC
1435 Crossways Boulevard, Ste 300
Chesapeake, VA 23320
PH # (757) 333-4500
FAX # (757) 333-4501
E-Mail: jryan@clrfirm.com
Counsel for the Debtor

cc:  Office of the U.S. Trustee
     Creditors (for creditor's change of address)